AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 19 2021
JAMES W. McCORMACK, CLERK
By: ___Brown___
DEP CLERK

United States of America
v.
Augustus David Shenker

)
)
)
)
)
)
)

Case No. 4:21MJ-122 JTR

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Augustus David Shenker  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Section 2251(a) Production of child pornography

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 26 2021
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Date:   05/19/2021 @ 5:48 p.m.

_____J. Thomas Ray_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

Honorable J. Thomas Ray
*Printed name and title*

---

### Return

This warrant was received on *(date)* MAY 19, 2021, and the person was arrested on *(date)* MAY 20, 2021
at *(city and state)* LITTLE ROCK, ARKANSAS.

Date: MAY 20, 2021

_____
*Arresting officer's signature*

TFO AMBER KALMER
*Printed name and title*